

NUMBER 13-13-00201-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CREEKSTONE WALNUT,
LP, ET AL.,                                                              Appellants,

v.

TERRACON CONSULTANTS, INC.
F/K/A HBC ENGINEERING, INC.,                                            Appellee.

## On appeal from the 250th District Court
## of Travis County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion Per Curiam**

Appellants, Creekstone Walnut, LP, et al., perfected an appeal from a judgment

entered by the 250th District Court of Travis County, Texas, in cause number D-1-GN-

13-000825.[1]  The parties have filed a joint motion to dismiss the appeal on grounds that all matters in controversy between them in this cause have been settled.  The parties request that this Court dismiss the appeal.  The motion to dismiss does not apply to companion cause number 13-13-00194-CV.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED.  In accordance with the agreement of the parties, costs are taxed against the party incurring same.  *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
18th day of February, 2014.

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.  *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).